IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JERRY LEWIS PRICE,                           *

    Plaintiff,                                         *

        v.                                                  *         2:11-CV-483-MEF
                                                        (WO)

ROBERT BENTLEY, GOVERNOR    *
OF ALABAMA, *et al*.,
                                          *

    Defendants.

_____

## **ORDER**

On June 24, 2011, the Magistrate Judge issued a Recommendation (Doc. 6) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1.    The Recommendation (Doc. 6) is ADOPTED.

2.    This complaint is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 14th day of September, 2011.

                                                                    /s/ Mark E. Fuller
                                                     UNITED STATES DISTRICT JUDGE